JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| AARON GARDINER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY; a Delaware Corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 8:20-cv-00022 AB (FFMx)<br><br>[~~PROPOSED~~] ORDER ON STIPULATION TO DISMISS WITH PREJUDICE<br><br>Action Filed:    December 4, 2019 |

## ORDER

Pursuant to the Parties' Stipulation to Dismiss, this matter is hereby **DISMISSED WITH PREJUDICE**.

Dated: April 15, 2020

_____
Hon. Andre Birotte Jr.